UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

FILED
JUL 17 2006
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

United States of America

v.

Criminal No. 05-160-S-JMH (EDKY)
06-40020(CDIL)

CLIFTON BRUCE DAVIDSON, JR.

06-40070

**Consent to Transfer of Case
for Plea and Sentence**

*(Under Rule 20)*

FILED
JUL 18 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, Clifton Bruce Davidson, Jr., defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to all counts of the Indictment, to consent to the disposition of this case in the District which I am incarcerated, and to waive trial in the above captioned District.

Dated: 7-11 2006 at 11:15 A.m.

S/Clifton B. Davidson Jr.
Clifton Bruce Davidson, Jr.

S/Phillip Geier
(Witness)

S/George Taseff
George Taseff
Counsel for Defendant

**Approved**

S/Amul R. Thapar
Amul R. Thapar
United States Attorney
Eastern District of Kentucky

S/Jeff B. Lang
Rodger A. Heaton
United States Attorney
Central District of Illinois

Form USA 153
(4 copies needed)

RECEIVED
USAO-EDKY

2005 OCT 11 PM 1: 10

U.S. Attorney
Eastern District of Kentucky
FILED
OCT 07 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 05-160-JMH

CLIFTON BRUCE DAVIDSON

* * * * *

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2113(a)

On or about April 29, 2005, in Fayette County, in the Eastern District of Kentucky,

**CLIFTON BRUCE DAVIDSON**

did by force, violence, and intimidation, take from the person and presence of bank tellers, approximately $5,460.00 in money belonging to and in the care, custody, control, management, and possession of Traditional Bank, 3720 Palomar Center Drive, Lexington, Kentucky, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of 18 U.S.C. § 2113(a).

### COUNT 2
### 18 U.S.C. § 2113(a)

On or about April 13, 2005, in Scott County, in the Eastern District of Kentucky,

**CLIFTON BRUCE DAVIDSON**

did by force, violence, and intimidation, take from the person and presence of bank tellers, approximately $4,633.00 in money belonging to and in the care, custody, control,

management, and possession of Farmers Bank and Trust of Georgetown, 100 Farmer's Bank Drive, Georgetown, Kentucky, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of 18 U.S.C. § 2113(a).

## COUNT 3
## 18 U.S.C. § 2113(a)

On or about March 9, 2005, in Boone County, in the Eastern District of Kentucky,

**CLIFTON BRUCE DAVIDSON**

did by force, violence, and intimidation, take from the person and presence of bank tellers, approximately $20,441.00 in money belonging to and in the care, custody, control, management, and possession of Bank of Kentucky, 330 Mount Zion Road, Union, Kentucky, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of 18 U.S.C. § 2113(a).

A TRUE BILL

_____
FOREPERSON

_Frances E. Catron First Assistant U.S. Attorney, for_
GREGORY F. VAN TATENHOVE
UNITED STATES ATTORNEY