UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

FILED
JUL 17 2006
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

United States of America

v.

Criminal No. 05-160-S-JMH (EDKY)
06-40020(CDIL)

FILED
JUL 25 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CLIFTON BRUCE DAVIDSON, JR.

**Consent to Transfer of Case
for Plea and Sentence**

*(Under Rule 20)*

I, Clifton Bruce Davidson, Jr., defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to all counts of the Indictment, to consent to the disposition of this case in the District which I am incarcerated, and to waive trial in the above captioned District.

Dated: 7-11, 2006 at 11:15

S/Clifton Davidson Jr.
Clifton Bruce Davidson, Jr.

S/Phillip Geier
*(Witness)*

S/George Taseff
George Taseff
Counsel for Defendant

**Approved**

Amul R. Thapar
United States Attorney
Eastern District of Kentucky

S/Jeffrey B. Lang
Rodger A. Heaton
United States Attorney
Central District of Illinois

Form USA 153
*(4 copies needed)*

# U.S. District Court
## Eastern District of Kentucky (Lexington)
### CRIMINAL DOCKET FOR CASE #: 5:05-cr-00160-JMH-ALL

| | |
|---|---|
| Case title: USA v. Davidson | Date Filed: 10/07/2005 |

Assigned to: Joseph M. Hood

**Defendant**

**Clifton Bruce Davidson** (1)
*TERMINATED: 07/17/2006*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2113(a) BANK ROBBERY BY FORCE OR VIOLENCE (1-3) | RULE 20 TRANSFER TO CDIL |
| 18:2113(a) BANK ROBBERY (1s-3s) | RULE 20 TRANSFER TO CDIL |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

USA         represented by   **Frances Elaine Catron**
U.S. Attorney's Office, EDKY
110 W. Vine Street
Suite 400
Lexington, KY 40507-1671
859-233-2661 Ext. 158
Fax: 859-233-2747
Email: Frances.Catron@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Michael Murphy**

U.S. Attorney's Office, EDKY
110 W. Vine Street
Suite 400
Lexington, KY 40507-1671
859-233-2661
Fax: 859-233-2747
Email: Mike.Murphy@usdoj.gov
*TERMINATED: 06/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2005 | 1 | INDICTMENT as to Clifton Bruce Davidson (1) count(s) 1-3. (Attachments: # 1 Case Assignment) (LKM) (Entered: 10/07/2005) |
| 10/07/2005 | 2 | MOTION for warrant by USA (LKM) Modified text on 10/7/2005 to indicate type of motion and added attachment (Moore, Lisa). (Entered: 10/07/2005) |
| 02/02/2006 | 3 | INDICTMENT (SUPERSEDING) as to Clifton Bruce Davidson (1) count(s) 1s-3s. (TED) (Entered: 02/03/2006) |
| 06/06/2006 | 4 | Rule 40 Documents Received as to Clifton Bruce Davidson - warrant of removal issued in the Illinois case. (LKM) (Entered: 06/06/2006) |
| 06/06/2006 |  | Arrest of Clifton Bruce Davidson in AZ. (LKM) (Entered: 06/06/2006) |
| 06/07/2006 | 5 | NOTICE *of Attorney Replacement* by USA as to Clifton Bruce Davidson (Murphy, Robert) (Entered: 06/07/2006) |
| 07/17/2006 | 6 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to CDIL Counts closed as to Clifton Bruce Davidson (1) Count 1-3,1s-3s. (LKM) (Entered: 07/18/2006) |

5:05-cr-00160-JMH

No. 05-160-JMH

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON

THE UNITED STATES OF AMERICA

v.

CLIFTON BRUCE DAVIDSON

# INDICTMENT

18/2113(a) - Bank robbery - 3 Counts

A TRUE BILL

FOREPERSON

Filed in Open Court on ~~October 6, 2005~~ 10-7-05

CLERK    Eastern District of Kentucky
FILED

Bail, $ _____

OCT 0 7 2005

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

Eastern District of Kentucky
FILED

OCT 0 7 2005

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENUCKY
# LEXINGTON

**UNITED STATES OF AMERICA**

**V.**                                    INDICTMENT NO. 05-160-JMH

**CLIFTON BRUCE DAVIDSON**

* * * * *

**THE GRAND JURY CHARGES:**

## COUNT 1
## 18 U.S.C. § 2113(a)

On or about April 29, 2005, in Fayette County, in the Eastern District of Kentucky,

**CLIFTON BRUCE DAVIDSON**

did by force, violence, and intimidation, take from the person and presence of bank tellers, approximately $5,460.00 in money belonging to and in the care, custody, control, management, and possession of Traditional Bank, 3720 Palomar Center Drive, Lexington, Kentucky, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of 18 U.S.C. § 2113(a).

## COUNT 2
## 18 U.S.C. § 2113(a)

On or about April 13, 2005, in Scott County, in the Eastern District of Kentucky,

**CLIFTON BRUCE DAVIDSON**

did by force, violence, and intimidation, take from the person and presence of bank tellers, approximately $4,633.00 in money belonging to and in the care, custody, control,

management, and possession of Farmers Bank and Trust of Georgetown, 100 Farmer's Bank Drive, Georgetown, Kentucky, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of 18 U.S.C. § 2113(a).

### COUNT 3
### 18 U.S.C. § 2113(a)

On or about March 9, 2005, in Boone County, in the Eastern District of Kentucky,

**CLIFTON BRUCE DAVIDSON**

did by force, violence, and intimidation, take from the person and presence of bank tellers, approximately $20,441.00 in money belonging to and in the care, custody, control, management, and possession of Bank of Kentucky, 330 Mount Zion Road, Union, Kentucky, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of 18 U.S.C. § 2113(a).

A TRUE BILL

X _____
**FOREPERSON**

_Frances E. Catron—Just Assist. U.S. Attorney, for_
**GREGORY F. VAN TATENHOVE**
**UNITED STATES ATTORNEY**

## PENALTIES

**ALL COUNTS:** Not more than 20 years imprisonment, not more than $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per felony count.

**PLUS:** Restitution, if applicable.

No. 05-160-S-JMH

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### LEXINGTON

### THE UNITED STATES OF AMERICA
### v.
### CLIFTON BRUCE DAVIDSON

## INDICTMENT

18/2113(a)- Bank robbery - 3 Counts

A TRUE BILL

_____
FOREPERSON

Filed in Open Court on February 2, 2005

_____
CLERK

Bail, $ _____

Eastern District of Kentucky
FILED

FEB 0 2 2006

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENUCKY
LEXINGTON

Eastern District of Kentucky
FILED

FEB 0 2 2006

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 05-160-S-JMH

CLIFTON BRUCE DAVIDSON

* * * * *

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2113(a)

On or about April 29, 2005, in Fayette County, in the Eastern District of Kentucky,

**CLIFTON BRUCE DAVIDSON**

did by force, violence, and intimidation, take from the person and presence of bank tellers, approximately $5,460.00 in money belonging to and in the care, custody, control, management, and possession of Traditional Bank, 3720 Palomar Center Drive, Lexington, Kentucky, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of 18 U.S.C. § 2113(a).

### COUNT 2
### 18 U.S.C. § 2113(a)

On or about April 13, 2005, in Scott County, in the Eastern District of Kentucky,

**CLIFTON BRUCE DAVIDSON**

did by force, violence, and intimidation, take from the person and presence of bank tellers, approximately $4,633.00 in money belonging to and in the care, custody, control,

management, and possession of Farmers Bank and Trust of Georgetown, 100 Farmer's Bank Drive, Georgetown, Kentucky, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of 18 U.S.C. § 2113(a).

## COUNT 3
## 18 U.S.C. § 2113(a)

On or about March 9, 2004, in Boone County, in the Eastern District of Kentucky,

**CLIFTON BRUCE DAVIDSON**

did by force, violence, and intimidation, take from the person and presence of bank tellers, approximately $20,441.00 in money belonging to and in the care, custody, control, management, and possession of Bank of Kentucky, 330 Mount Zion Road, Union, Kentucky, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of 18 U.S.C. § 2113(a).

A TRUE BILL

_____
FOREPERSON

_____
FRANCES E. CATRON
ACTING UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1 - 3:**    Not more than 20 years imprisonment, not more than $250,000 fine, and not more than 3 years supervised release.

**PLUS:**    Mandatory special assessment of $100 per felony count.

**PLUS:**    Restitution, if applicable.

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:06-mj-03053-LOA-ALL
### Internal Use Only

Case title: USA v. Davidson  
Other court case number: 05-160-TMH Eastern District of Kentucky, Lexington

Date Filed: 01/31/2006

---

Assigned to: Magistrate Judge Lawrence O Anderson

**Defendant**

Clifton Bruce Davidson, Jr (1)    represented by    Jane L McClellan
Federal Public Defender's Office
850 W Adams St
Ste 201
Phoenix, AZ 85007
602-382-2700
Fax: 602-382-2800
Email: jane_mcclellan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

[STAMP: Eastern District of Kentucky FILED JUN - 6 2006 AT LEXINGTON LESLIE G WHITMER CLERK U S DISTRICT COURT]

**Pending Counts**    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**    **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**    **Disposition**
None

---

**Plaintiff**

| | |
|---|---|
| USA | represented by **Darcy A Cerow**<br>US Attorney's Office<br>40 N Central Ave<br>Ste 1200<br>Phoenix, AZ 85004-4408<br>602-514-7500<br>Fax: 602-364-7929<br>Email: Darcy.Cerow@USDOJ.GOV<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2006 | 1 | Rule 5(c)(3) Documents Received (Indictment, Warrant for Arrest from the Eastern District of Kentucky Lexington) as to Clifton Bruce Davidson, Jr (SAT) (Entered: 02/02/2006) |
| 01/31/2006 | | Arrest of Clifton Bruce Davidson, Jr (SAT) (Entered: 02/02/2006) |
| 02/01/2006 | 2 | Minute Entry for proceedings held before Judge Lawrence O Anderson :Initial Appearance in Rule 5(c)(3) Proceedings as to Clifton Bruce Davidson, Jr held on 2/1/2006. FINANCIAL AFFIDAVIT TAKEN. Attorney Appointment Hearing as to Clifton Bruce Davidson, Jr held on 2/1/2006. Appointing Jane L McClellan for Clifton Bruce Davidson, Jr with Appointment Type: AFPD. Detention Hearing as to Clifton Bruce Davidson, Jr RESERVED FOR PROSECUTING DISTRICT on 2/1/2006. Defendant ordered temporarily detained in the custody of the United States Marshal. Identity Hearing Waived. Warrant of removal was not issued for this case. Defendant was arrested in this district on warrants from the Districts of Missouri, Maryland, Kentucky and Illinois. The warrant of removal was issued in the Illinois case. Case Closed. (Courtsmart) (SAT) (Entered: 02/02/2006) |
| 02/01/2006 | 3 | ORDER APPOINTING COUNSEL as to Clifton Bruce Davidson, Jr. Jane L McClellan (AFPD) appointed for Clifton Bruce Davidson, Jr . Signed by Judge Lawrence O Anderson on 2/1/06. (SAT) (Entered: 02/02/2006) |
| 02/01/2006 | 4 | WAIVER of Rule 5(c)(3)Hearings (formerly Rule 40) by Clifton Bruce Davidson, Jr. Dft waives identity hearing and has been informed that he has no right to a preliminary examination and reserves his right to have a detention hearing in the prosecuting district.(SAT) (Entered: 02/02/2006) |

CERTIFIED TO BE A TRUE COPY
DATED: 5-31-06

RICHARD H. WEARE, CLERK
U. S. DISTRICT COURT

BY _____
DEPUTY CLERK

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - Phoenix | |

DATE: 2/1/2006     CASE NUMBER: 06-03053M-001

USA vs. Clifton Bruce Davidson, Jr.

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON  #: 70BI

A.U.S. Attorney Darcy A. Cerow     INTERPRETER _____
                                    LANGUAGE _____
Attorney for Defendant Jane McClellan (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _____

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 1/31/2006       ☒ Initial Appearance           ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken   ☐ Defendant Sworn         ☐ Financial Afdvt sealed
☒ Rule 5(c)(3)      ☐ Defendant states true name to be ___. Further proceedings ORDERED
                       in Defendant's true name.

| DETENTION HEARING:<br>☒ Reserved for prosecuting district<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk  ☐ Danger | IDENTITY HEARING:<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☒ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| PRELIMINARY HEARING:<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: _____<br>☐ Held  ☐ Con't  ☐ Reset<br><br>Set for:<br>Before: |

Other: Warrant of removal was not issued for this case. Defendant was arrested in this district on warrants from the Districts of Missouri, Maryland, Kentucky, and Illinois. The warrant of removal was issued in the Illinois case. Case Closed.

CERTIFIED TO BE A TRUE COPY
DATED: 5-30-06

RICHARD H. WEARE, CLERK
U.S. DISTRICT COURT

BY _____
       DEPUTY CLERK

Recorded by Courtsmart
BY: Sherise M. Marshall
Deputy Clerk

```
                                              ☒ FILED      ___ LODGED
                                              ___ RECEIVED ___ COPY

                                                   FEB 0 1 2006

                                              CLERK U S DISTRICT COURT
                                                DISTRICT OF ARIZONA
                                              BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

United States of America,                )
                                         )
            Plaintiff,                   )     NO. 06-3053 M
                                         )
       -vs-                              )
                                         )     ORDER APPOINTING COUNSEL
  Clifton Bruce Davidson                 )
                                         )
            Defendant.                   )
_____)

The Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel, for the offense of: Bank Robbery, 18 § 2113(a)

IT IS HEREBY ORDERED appointing the Federal Public Defender by:

( __ )  United States District Judge  _____

( X )   United States Magistrate Judge  LAWRENCE O. ANDERSON

CASE ASSIGNED TO: Jane McClellan
                  Assistant Federal Public Defender
                  District of Arizona
                  850 W. Adams Street, Suite 201
                  Phoenix, Arizona 85007
                  Office: (602) 382-2700, Fax: (602) 382-2800

DATED this  1st  day of  February , 2006.

                                   _____
                                        UNITED STATES MAGISTRATE JUDGE

CERTIFIED TO BE A TRUE COPY
DATED:  5-30-06

RICHARD H. WEARE, CLERK
U. S. DISTRICT COURT

BY _____
        DEPUTY CLERK

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____

```
[X] FILED    [ ] LODGED
[ ] RECEIVED [ ] COPY

    FEB 0 1 2006

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY ARIZONA        DEPUTY
```

UNITED STATES OF AMERICA

V.

Clifton Bruce Davidson, Jr.

WAIVER OF RULE 5(c)(3) HEARINGS
(formerly Rule 40)

CASE NUMBER: 06-3053 M

I, __Clifton Bruce Davidson__, understand that in the __Eastern__ District of __Kentucky__, charges are pending alleging violation of __18 U.S.C. § 2113(a)__ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

(X) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

(X) I reserve my right to have a detention hearing in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

CERTIFIED TO BE A TRUE COPY
DATED: 5-30-06

RICHARD H. WEARE, CLERK
U. S. DISTRICT COURT

BY _____
    DEPUTY CLERK

2/1/06
Date

_____
Defendant

_____
Defense Counsel

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ ARIZONA

| UNITED STATES OF AMERICA V. Clifton Bruce Davidson, Jr. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| PROSECUTING DISTRICT | | ARRESTING DISTRICT | |
|---|---|---|---|
| Case Number | District of Offense | Case Number | District of Offense |
| 05-6416M | Central District of Illinois | 06-03054M-001 | District of Arizona |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    X Complaint    ☐ Other (specify)

charging a violation of 18:2113(a)&(d), 18:924(c)(1)(A)

**DISTRICT OF OFFENSE**
Central District of Illinois

**DESCRIPTION OF CHARGES:**

Armed Bank Robbery
Brandishing of Firearm During Robbery

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| Interpreter Required? | X No | ☐ Yes | Language: | |

DISTRICT OF ARIZONA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2-2-06                    _____
Date                      Lawrence O. Anderson, United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

CERTIFIED TO BE A TRUE COPY
DATED: _____

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|

RICHARD H. WEARE, CLERK
U.S. DISTRICT COURT

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

May 30, 2006

JUN 0 6 2006

Clerk of Court, U.S. District Court
Eastern District of Kentucky
101 Barr St, Room 206
Lexington, KY 40588-3075

RE: USA v. Clifton Bruce Davidson, Jr.
Your case number: 05CR160-JMH
Arizona case number: 06-03053M-001

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Lawrence O. Anderson in the District of Arizona. The following action has been taken.

☒ U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE DISTRICT OF ~~ILLINOIS~~.

☐ THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:

Enclosed are the certified copies of the original documents in our file. Please certify receipt of the documents on the enclosed duplicate of this letter and return it to our office.

Sincerely,

RICHARD H. WEARE,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: s/Michele Morgan
Michele Morgan
Deputy Clerk

Enclosures

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CRIMINAL ACTION NO. 05-160                                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.        **NOTICE BY UNITED STATES OF AUSA REPLACEMENT**

CLIFTON BRUCE DAVIDSON, JR.                                              DEFENDANT

\* \* \* \* \*

The United States gives notice that Assistant United States Attorney Frances E. Catron replaces the undersigned Assistant United States Attorney R. Michael Murphy in this case. All pleadings and orders should be sent to:

> Frances E. Catron
> Assistant United States Attorney
> 110 W. Vine Street, Suite 400
> Lexington, Kentucky 40507-1671
> (859) 233-2661, Extension 158
> FAX (859) 233-2747
> Frances.Catron@usdoj.gov

>> Respectfully submitted,
>>
>> AMUL R. THAPAR
>> UNITED STATES ATTORNEY
>>
>> By:  s/ R. Michael Murphy
>>      Assistant United States Attorney
>>      110 W. Vine Street, Suite 400
>>      Lexington, Kentucky 40507-1671
>>      (859) 233-2661, Extension 257
>>      FAX (859) 233-2747
>>      Mike.Murphy@usdoj.gov